SHAWN K. BRADY
MESSER, CAMPBELL & BRADY, L.L.P.
6351 PRESTON ROAD
SUITE 350
FRISCO, TEXAS 75034
(972) 424-7200 TELEPHONE
(972) 424-7244 FACSIMILE

ATTORNEY FOR 21ST MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-10437-RLJ13 |
| | § | |
| LARRY ALAN CHAMBERLAIN and | § | VIDEO HEARING: MAY 12, 2010 |
| BRENDA JOYCE CHAMBERLAIN | § | AT 11:00 A.M. |
| | § | |
| DEBTORS. | § | CHAPTER 13 |

## NOTICE OF HEARING

This shall serve as notice that a hearing on the Motion for Relief from Stay filed by 21st Mortgage Corporation is set on the video docket of the Honorable Robert L. Jones, United States Bankruptcy Judge, on Wednesday, May 12, 2010 at 11:00 a.m., Room 2201, 3rd and Pine, Abilene, Texas.

Respectfully submitted,

/s/Shawn K. Brady
Shawn K. Brady
Texas Bar No. 00787126

MESSER, CAMPBELL & BRADY, L.L.P.
6351 Preston Road
Suite 350
Frisco, Texas 75034
(972) 424-7200 Telephone
(972) 424-7244 Facsimile

Attorney for
21st Mortgage Corporation

## CERTIFICATE OF SERVICE

On the 14th day of April, 2010, a true and correct copy of the foregoing Notice of Hearing was delivered by certified mail, return receipt requested to the Debtors, Larry Alan Chamberlain and Brenda Joyce Chamberlain, 100000 CR 367, Early, Texas 76802; by ECF to the Debtors' attorney of record, Larry Reed Lewis, Monte J. White & Associates, P.C., 402 Cypress, Suite 310, Abilene, Texas 79601; by ECF to the Chapter 13 Trustee, Walter O'Cheskey, 6308 Iola Avenue, Lubbock, Texas 79424; by ECF to the U.S. Trustee, 1100 Commerce St., Room 976, Dallas, Texas 75242-1496; and by ECF to those requesting notice.

/s/Shawn K. Brady
Shawn K. Brady