**210B (12/09**)

# United States Bankruptcy Court

Northern District of Texas
Case No. 08-10437-rlj13
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Larry Alan Chamberlain<br>10000 CR 367<br>Early TX 76802 | Brenda Joyce Chamberlain<br>10000 CR 367<br>Early TX 76802 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/04/2010.

Name and Address of Alleged Transferor:

Claim No. 2: AmeriCredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/07/10

Tawana C. Marshall
CLERK OF COURT

# CERTIFICATE OF NOTICE

```
District/off: 0539-1          User: cecker              Page 1 of 1              Date Rcvd: May 05, 2010
Case: 08-10437                Form ID: trc              Total Noticed: 1

The following entities were noticed by first class mail on May 07, 2010.
11961818     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,   PO Box 183853,
                Arlington, TX 76096)
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2010**              **Signature:** _Joseph Speetjens_