B6C (Official Form 6C) (12/07)

In re  Larry Alan Chamberlain
       Brenda Joyce Chamberlain

Case No.  08-10437-RLJ-13
(If known)

# AMENDED
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 9950 CR 367 Early, TX 76802 Brown County JOHN BOYD JR, SURVEY 77, ABSTRACT 56, ACRES 1.5/Debtor's Daughter lives in this home, and she makes payment | 11 U.S.C. § 522(d)(5) | $4,715.00 | $12,960.00 |
| Checking Account/Bank of America | 11 U.S.C. § 522(d)(5) | $3,000.00 | $3,000.00 |
| Household goods and furnishings | 11 U.S.C. § 522(d)(3) | $1,800.00 | $1,800.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| Wedding Rings | 11 U.S.C. § 522(d)(4) | $150.00 | $150.00 |
| 401-K Debtor 2 | 11 U.S.C. § 522(d)(12) | $20,000.00 | $20,000.00 |
| father's estate | 11 U.S.C. § 522(d)(5) | $7,612.76 | $7,612.76 |
| 1998 Ford Explorer/paid for | 11 U.S.C. § 522(d)(2) | $2,500.00 | $2,500.00 |
| 1995 GMC Jimmy/Paid For, Daughter drives | 11 U.S.C. § 522(d)(2) | $1,600.00 | $1,600.00 |
| | | $41,627.76 | $49,872.76 |