### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

IN RE:

Larry Alan Chamberlain
and
Brenda Joyce Chamberlain
    Debtor(s)

CASE NO.: 08-10437-RLJ-13

HEARING DATE: October 30, 2013
HEARING TIME: 11:00 AM

### DEBTOR CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Larry Alan Chamberlain
Debtor

/s/Brenda Joyce Chamberlain
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON October 30, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON October 30, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: September 12, 2013

/s/Monte J. White
Attorney for Debtors

```
Label Matrix for local noticing          Brown CAD                               United States Trustee
0539-1                                   Lee Gordon                              1100 Commerce Street
Case 08-10437-rlj13                      P.O. Box 1269                           Room 976
Northern District of Texas               Round Rock, TX 78680-1269               Dallas, TX 75242-0996
Abilene
Mon Sep 16 10:43:46 CDT 2013
306 Federal Building                     (p)21ST MORTGAGE CORPORATION            (p)AMERICREDIT
1205 Texas Avenue                        PO BOX 477                              PO BOX 183853
Lubbock, TX 79401-4037                   KNOXVILLE TN 37901-0477                 ARLINGTON TX 76096-3853


Brown CAD                                Brown County Appraisal District         Brownwood Regional Medical Center
Linebarger Goggan Blair & Sampson, LLP   402 Fisk                                CO Michael I. Mossman, Attorney at Law
2323 Bryan Street, No. 1600              Brownwood, TX 76801-8214                P.O. Box 330129
Dallas, TX 75201-2644                                                            Nashville, TN 37203-7501
CO Sherrel R. Knighton

Citi Auto                                CitiFinancial, Inc                      Citifinancial
2208 Hwy 121 Ste 100                     P.O. Box 140489                         PO Box 2935
Bedford, TX 76021-5981                   Irving, TX 75014-0489                   Abilene, TX 79604-2935


Cmre Financial Services Inc              Credit Systems International- Collection   East Bay Funding, LLC
3075 E Imperial Hwy                      1277 Country Club Lane                  CO Resurgent Capital Services
Suite 200                                Fort Worth, TX 76112-2304               PO Box 288
Brea, CA 92821-6753                                                              GREENVILLE, SC 29602-0288


Enhanced Recovery Corp                   Gnb-bealls-WFNNB                        HC Processing Center
8014 Bayberry Rd                         PO Box 182125                           203 E Emma Ste A
Jacksonville, FL 32256-7412              Columbus, OH 43218-2125                 Springdale, AR 72764-4625


Heilig Meyers                            (p)INTERNAL REVENUE SERVICE             LINEBARGER GOGGAN BLAIR et al
520 W Commerce St                        CENTRALIZED INSOLVENCY OPERATIONS       2323 Bryan Street, Ste 1600
Brownwood, TX 76801                      PO BOX 7346                             Dallas, TX 75201-2644
                                         PHILADELPHIA PA 19101-7346


Midland Credit Mgmt                      Monte J. White & Associates, P.C.       NCO - Medclr
8875 Aero Dr  Ste 200                    402 Cypress, Suite 310                  507 Prudential Rd
San Diego, CA 92123-2255                 Abilene, TX 79601-5151                  Horsham, PA 19044-2308


(p)MARLIN MEDCLR INOVISION               PALLINO RECEIVABLES II LLC              PRA Receivables Management LLC
507 PRUDENTIAL ROAD                      CO Jefferson Capital Systems LLC        PO Box 41067
HORSHAM PA 19044-2308                    PO BOX 7999                             Norfolk, VA 23541-1067
                                         SAINT CLOUD MN 56302-7999


PRA Receivables Management LLC As Agent Of   (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Recovery Management Systems Corporation
Portfolio Recovery Associates LLC        PO BOX 41067                            25 SE 2nd Ave. Ste. 1120
CO Ford Credit US                        NORFOLK VA 23541-1067                   Miami, FL 33131-1605
POB 41067
Norfolk VA 23541-1067
```

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Vanderbilt Mortgage
Po Box 15170
Knoxville, TN 37901

Vanderbilt Mortgage and Finance, Inc
PO Box 9800
Maryville, TN 37802-9800

Wells Fargo Financial Texas, Inc.
Attn: MAC F6582-034
PO Box 500
Chester, PA 19016-0500

West Central Tx Coll B
Po Box 2586
Abilene, TX 79604-2586

Wffinancial
2501 Seaport Dr Ste Bh30
Chester, PA 19013-2249

Brenda Joyce Chamberlain
10000 CR 367
Early, TX 76802-2901

Larry Alan Chamberlain
10000 CR 367
Early, TX 76802-2901

Larry Reed Lewis
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corp
Pob 477
Knoxville, TN 37902

(d)21st Mortgage Corporation
PO Box 477
Knoxville, TN 37901

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

(d)Americredit
PO Box 183853
Arlington, TX 76096

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Nco Fin-09
Pob 7216
Philadelphia, PA 19101

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)21st Mortgage Corporation

(u)Brown CAD

(d)Brown CAD
Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

```
(d)East Bay Funding, LLC              End of Label Matrix
   C0 Resurgent Capital Services      Mailable recipients    40
   PO Box 288                         Bypassed recipients     4
   Greenville, SC 29602-0288          Total                  44
```